JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| MERRY RUSSITTI DIAZ, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>WESTCO CHEMICALS, INC., et al.,<br><br>        Defendants. | Case № 2:20-cv-02070-ODW (AGRx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion for Summary Judgment, (ECF No. 65), it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

///
///
///
///
///
///
///
///
///

1. Defendants Westco Chemicals, Inc.; Alan Zwillinger (erroneously sued as Ezekiel "Alan" Zwillinger); and Steven Zwillinger shall have **JUDGMENT** in their favor.
2. Plaintiffs Merry Russitti Diaz and Kater Perez shall recover nothing from Defendants.
3. Plaintiffs' Complaint is **DISMISSED** on the merits and with prejudice.

This order shall constitute the **FINAL JUDGMENT** of the Court. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

August 19, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**