UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 15 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MERRY RUSSITTI DIAZ and KATER PEREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>WESTCO CHEMICALS, INC.; et al.,<br><br>Defendants - Appellees. | No. 22-55823<br><br>D.C. No. 2:20-cv-02070-ODW-AGR<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered May 24, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT